# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

In re: AUTO GOBBLER PARTS INC                  §   Case No. 115-42814
                                               §
                                               §
Debtor(s)                                      §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 11 of the United States Bankruptcy Code was filed on June 16, 2015.   The case was converted to one under Chapter 7 on March 17, 2016. The undersigned trustee was appointed on March 22, 2016.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of          $          3,113,228.25

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 1,304,491.35 |
| Bank service fees | 29,212.10 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]          $          1,779,524.80

The remaining funds are available for distribution.

5.  Attached as **Exhibit B**  is a cash receipts and disbursements record for each estate bank account.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was  / /
and the deadline for filing governmental claims was 12/13/2015.  All claims of each class
which will receive a distribution have been examined and any objections to the allowance
of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any
claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is
$115,847.90.  To the extent that additional interest is earned before case closing, the maximum
compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the
sum of $115,847.90, for a total compensation of $115,847.90.[2] In addition, the trustee
received reimbursement for reasonable and necessary expenses in the amount of $0.00
and now requests reimbursement for expenses of $1,150.20, for total expenses of
$1,150.20.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the
foregoing report is true and correct.

Date: 09/23/2019              By:/s/ROBERT J. MUSSO
                              Trustee, Bar No.: 9530

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph
may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | |
|---|---|
| **Case Number:** 115-42814 | **Trustee:** (520810) ROBERT J. MUSSO |
| **Case Name:** AUTO GOBBLER PARTS INC | **Filed (f) or Converted (c):** 03/17/16 (c) |
| | **§341(a) Meeting Date:** 04/27/16 |
| **Period Ending:** 09/23/19 | **Claims Bar Date:** |

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Property -709 E. 56th St. - Block: 7932; Lot 201  (See Footnote) | 252,000.00 | Unknown | | 3,070,245.00 | FA |
| 2 | Lot - Block: 7932; Lot 181 | 173,000.00 | 0.00 | | 0.00 | FA |
| 3 | Lot - Block: 7932; Lot 183 | 506,000.00 | 0.00 | | 0.00 | FA |
| 4 | Lot - Block: 7932; Lot 197 | 158,000.00 | 0.00 | | 0.00 | FA |
| 5 | Lot - Block: 7932; Lot 199 | 158,000.00 | 0.00 | | 0.00 | FA |
| 6 | Lot - Block: 7932; Lot 203 | 309,000.00 | 0.00 | | 0.00 | FA |
| 7 | Lot - Block: 7932; Lot 206 | 128,000.00 | 0.00 | | 0.00 | FA |
| 8 | Lot - Block: 7932; Lot 212 | 256,000.00 | 0.00 | | 0.00 | FA |
| 9 | Cash on Hand  (u) | 10.00 | 0.00 | | 0.00 | FA |
| 10 | Javish Realty Corp  (u) | 388,200.00 | 0.00 | | 0.00 | FA |
| 11 | Key Bank - DIP Account  (u) | 0.00 | 173.24 | | 173.24 | FA |
| 12 | RENT: Lots: 201; 199; 197 and 183 | Unknown | N/A | | 41,526.50 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 1,259.83 | Unknown |
| 13 | **Assets    Totals** (Excluding unknown values) | **$2,328,210.00** | **$173.24** | | **$3,113,204.57** | **$0.00** |

RE PROP# 1     $450,000.00 deposit represents 10% of 4.5 million offer for assets 1-8. Estate received
$3,070,245.00 for lots 201,181,183,197,199,203 and 212. Included in the $4.5 million are certain
non-debtor lots sold by Maltz pursuant to court approved corporation agreement. See docket #79 and
81. For efficiency, all deposits for estate real estate will reference #1.

---

**Major Activities Affecting Case Closing:**

Chapter 11 converted on March 17, 2016

March 23, 2016 Meeting with B. Weiner (Trustee Counsel) and Gary Ravert, Attorney for family members of J. Serpico - President of Debtor and Joint owner of estate property - Discussed cooperation agreement to sell estate property and adjoining lots to a developer.

March 22, 2016 Letter and phone call to Debtor's counsel advising of conversion; Request file post conversion shcedules; Request DIP information and insurance.

March 22, 2016 E-mail to B. Curtian UST re: Insurance policies.

March 22, 2016 B. Weiner investigating lots by ACRIS search Trustee believes in there joint sale with adjoining land owners estate's interest would be 2.5 million.

Trustee commenced Adv. Proc. #16-1119 for 363(h) sale of real property.

Auction Sale of Assets #1-8 was scheduled for May 24, 2017. Trustee attended no bids on property.

Received offer of 4.5 million terms of sale out to buyer.

Received 10% deposit or $450,000.00 from purchaser - Captain Holdings Corp.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 115-42814

**Case Name:** AUTO GOBBLER PARTS INC

**Period Ending:** 09/23/19

**Trustee:** (520810)  ROBERT J. MUSSO

**Filed (f) or Converted (c):** 03/17/16 (c)

**§341(a) Meeting Date:** 04/27/16

**Claims Bar Date:**

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|

Closing has been delayed due to title issues. Unusual sale as some of lots are not estate property but cooperation agreement authorizes sale and Trustee's commissions including all lots.

Trustee closed on December 12, 2017. Preston, a joint owner of certain sold parcels objected to claim of IRS. Motion adjourned to November 12, 2018

Trustee sent estate tax returns to IRS and New York State on February 9, 2019

R. Sassloff, attorney for Preston - advised Preston withdrew objection. told Sassloff and G. Ravert - attorney for Serpico - that would draft TFR and notify of projected distribution.

Anthony Genovese, Esq., who filed proof of claim no. 49 for $100,000.00 on June 10, 2019 with consent of all parties in interest - Genovese filed claim no. 51 for $75,000.00 which references claim no. 49 and amends clams no. 49.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2016          **Current Projected Date Of Final Report (TFR):**    June 1, 2019

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 115-42814 | | Trustee: | ROBERT J. MUSSO (520810) |
|---|---|---|---|---|
| Case Name: | AUTO GOBBLER PARTS INC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******0266 - Money Market Account |
| Taxpayer ID #: | **-***0069 | | Blanket Bond: | $44,643,604.00  (per case limit) |
| Period Ending: | 09/23/19 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/13/16 | {11} | Auto Gobbler Parts Inc | Closed Key Bank Account | 1242-000 | 173.24 | | 173.24 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 163.24 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 153.24 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 143.24 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 133.24 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 123.24 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 113.24 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 103.24 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 93.24 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 83.24 |
| 03/31/17 | {12} | Javish Real Estate Corp | Rent for February 2017 Lots: 201; 199; 197;<br>183 | 1122-000 | 8,305.50 | | 8,388.74 |
| 03/31/17 | {12} | Javish Real Estate Corp | Rent for March 2017 Lots: 201; 199; 197; 183 | 1122-000 | 8,305.50 | | 16,694.24 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 16,684.24 |
| 04/27/17 | {12} | Javish Real Estate Corp | April Rent | 1122-000 | 8,305.50 | | 24,989.74 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.00 | 24,969.74 |
| 05/25/17 | {12} | Javish Real Estate Corp | Rent for May  2017 | 1122-000 | 8,305.00 | | 33,274.74 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.70 | 33,236.04 |
| 06/27/17 | 101 | Ravert PLLC | Estates Share for Environmental Consultant | 3732-000 | | 1,466.66 | 31,769.38 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.80 | 31,721.58 |
| 07/14/17 | {12} | Javish Real Estate | June 2017 Rent | 1122-000 | 8,305.00 | | 40,026.58 |
| 07/14/17 | | Captain Holdings Corp | Deposit for sale of Assets 1-8 10% deposit of<br>$4.5 million | | 450,000.00 | | 490,026.58 |
| | {1} | | | 1110-000 | 450,000.00 | | 490,026.58 |
| | {2} | | | 1110-000 | | | 490,026.58 |
| | {3} | | | 1110-000 | | | 490,026.58 |
| | {4} | | | 1110-000 | | | 490,026.58 |
| | {5} | | | 1110-000 | | | 490,026.58 |
| | {6} | | | 1110-000 | | | 490,026.58 |
| | {7} | | | 1110-000 | | | 490,026.58 |
| | {8} | | | 1110-000 | | | 490,026.58 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 308.20 | 489,718.38 |
| 08/16/17 | | Captain Holdings Corp. | 5% buyers premium Assets 1-8 | | 225,000.00 | | 714,718.38 |
| | {1} | | | 1110-000 | 225,000.00 | | 714,718.38 |
| | {2} | | | 1110-000 | | | 714,718.38 |
| | {3} | | | 1110-000 | | | 714,718.38 |
| | {4} | | | 1110-000 | | | 714,718.38 |

| | | | Subtotals : | | $716,699.74 | $1,981.36 | |

{} Asset reference(s)

Printed: 09/23/2019 12:44 PM    V.14.50

# Form 2
## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 115-42814 | | **Trustee:** | ROBERT J. MUSSO (520810) | | |
| **Case Name:** | AUTO GOBBLER PARTS INC | | **Bank Name:** | Rabobank, N.A. | | |
| | | | **Account:** | ******0266 - Money Market Account | | |
| **Taxpayer ID #:** | **-***0069 | | **Blanket Bond:** | $44,643,604.00  (per case limit) | | |
| **Period Ending:** | 09/23/19 | | **Separate Bond:** | N/A | | |

| 1<br><br>Trans.<br>Date | 2<br><br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br><br>Receipts<br>$ | 6<br><br>Disbursements<br>$ | 7<br><br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | {5} | | | 1110-000 | | | 714,718.38 |
| | {6} | | | 1110-000 | | | 714,718.38 |
| | {7} | | | 1110-000 | | | 714,718.38 |
| | {8} | | | 1110-000 | | | 714,718.38 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 915.09 | 713,803.29 |
| 09/18/17 | | Captain Holdings Corp. | Additional 10% purchase deposit | | 450,000.00 | | 1,163,803.29 |
| | {1} | | 450,000.00 | 1110-000 | | | 1,163,803.29 |
| | {2} | | | 1110-000 | | | 1,163,803.29 |
| | {3} | | | 1110-000 | | | 1,163,803.29 |
| | {4} | | | 1110-000 | | | 1,163,803.29 |
| | {5} | | | 1110-000 | | | 1,163,803.29 |
| | {6} | | | 1110-000 | | | 1,163,803.29 |
| | {7} | | | 1110-000 | | | 1,163,803.29 |
| | {8} | | | 1110-000 | | | 1,163,803.29 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 604.12 | 1,163,199.17 |
| 10/11/17 | 102 | Verrazano Closing Services LTD | Tax Lien Pay-off | 2820-000 | | 2,475.00 | 1,160,724.17 |
| 10/25/17 | 103 | David Rosenblook, CPA | Admin Expense<br>Voided on 10/25/17 | 3991-080 | | 250.00 | 1,160,474.17 |
| 10/25/17 | 103 | David Rosenblook, CPA | Admin Expense<br>Voided: check issued on 10/25/17 | 3991-080 | | -250.00 | 1,160,724.17 |
| 10/25/17 | 104 | David Rosenbloom, CPA | Admin Expense | 3992-000 | | 250.00 | 1,160,474.17 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,094.22 | 1,159,379.95 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,021.14 | 1,158,358.81 |
| 12/12/17 | | Captain Holdings Corp | Closing 12/12/17 ~Block 7932 Lots 181, 183,<br>197, 199, 201, 203, 206 & 212 | | 1,945,245.00 | | 3,103,603.81 |
| | {1} | | 1,945,245.00 | 1110-000 | | | 3,103,603.81 |
| | {2} | | | 1110-000 | | | 3,103,603.81 |
| | {3} | | | 1110-000 | | | 3,103,603.81 |
| | {4} | | | 1110-000 | | | 3,103,603.81 |
| | {5} | | | 1110-000 | | | 3,103,603.81 |
| | {6} | | | 1110-000 | | | 3,103,603.81 |
| | {7} | | | 1110-000 | | | 3,103,603.81 |
| | {8} | | | 1110-000 | | | 3,103,603.81 |
| 12/12/17 | 105 | Heather Serpico | | 2500-000 | | 2,500.00 | 3,101,103.81 |
| 12/12/17 | 106 | Vincent Serpico | | 2500-000 | | 12,500.00 | 3,088,603.81 |
| 12/12/17 | 107 | Maltz Auctions Inc. | Auctioneer | 3610-000 | | 210,000.00 | 2,878,603.81 |
| 12/12/17 | 108 | NYCTL 2015-A Trust MTAG | Tax Lien | 2820-000 | | 125,069.38 | 2,753,534.43 |

|  | Subtotals : | $2,395,245.00 | $356,428.95 |
|---|---|---|---|

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 115-42814

**Case Name:** AUTO GOBBLER PARTS INC

**Taxpayer ID #:** **-***0069

**Period Ending:** 09/23/19

**Trustee:** ROBERT J. MUSSO (520810)

**Bank Name:** Rabobank, N.A.

**Account:** ******0266 - Money Market Account

**Blanket Bond:** $44,643,604.00  (per case limit)

**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/12/17 | 109 | NYCTL 2016-A Trust MTAG | Tax Lien | 2820-000 | | 39,989.37 | 2,713,545.06 |
| 12/12/17 | 110 | NYCTL 2017-A Trust MTAG | Tax Lien | 2820-000 | | 166,610.68 | 2,546,934.38 |
| 12/12/17 | 111 | Gem Abstract | Title Closer | 2500-000 | | 27,426.36 | 2,519,508.02 |
| 12/12/17 | 112 | Karen A. Virgintino | Pick-up Tax Lien | 2500-000 | | 300.00 | 2,519,208.02 |
| 12/15/17 | 113 | NYCTL 1998-A Trust MTAG | Tax Lien | 2820-000 | | 588,862.90 | 1,930,345.12 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,771.35 | 1,928,573.77 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,392.72 | 1,926,181.05 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,981.72 | 1,924,199.33 |
| 03/14/18 | 114 | Department of Treasury | Income Taxes | 2810-000 | | 84,796.00 | 1,839,403.33 |
| 03/14/18 | 115 | New York State Corporation Tax | NYS Corporate Tax | 2820-000 | | 18,741.00 | 1,820,662.33 |
| 03/14/18 | 116 | New York City Department of Finance | NYS Tax | 2820-000 | | 23,479.00 | 1,797,183.33 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,728.85 | 1,794,454.48 |
| 04/26/18 | | NYCTL 1998-2 Trust | Refund for Real Estate Taxes | 1110-000 | 23.68 | | 1,794,478.16 |
| 04/30/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 68.83 | | 1,794,546.99 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,495.02 | 1,792,051.97 |
| 05/31/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 76.10 | | 1,792,128.07 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,835.60 | 1,789,292.47 |
| 06/29/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 73.52 | | 1,789,365.99 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,487.84 | 1,786,878.15 |
| 07/31/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 75.88 | | 1,786,954.03 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,741.51 | 1,784,212.52 |
| 08/31/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 75.77 | | 1,784,288.29 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,651.87 | 1,781,636.42 |
| 09/28/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 73.21 | | 1,781,709.63 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,366.73 | 1,780,342.90 |
| 10/31/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 75.61 | | 1,780,418.51 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,609.62 | 1,778,808.89 |
| 11/30/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 73.10 | | 1,778,881.99 |
| 12/31/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 75.54 | | 1,778,957.53 |
| 01/31/19 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 75.55 | | 1,779,033.08 |
| 02/13/19 | 117 | NYS Corporate Tax | NYS 2017 Return - Form CT 3 | 2820-000 | | 25.00 | 1,779,008.08 |
| 02/28/19 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 68.24 | | 1,779,076.32 |
| 03/29/19 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 75.55 | | 1,779,151.87 |
| 04/30/19 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 73.12 | | 1,779,224.99 |
| 05/31/19 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 75.56 | | 1,779,300.55 |
| 06/28/19 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 73.12 | | 1,779,373.67 |

Subtotals :  $1,132.38    $975,293.14

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 115-42814 | |
| **Case Name:** | AUTO GOBBLER PARTS INC | |
| | | |
| **Taxpayer ID #:** | **-***0069 | |
| **Period Ending:** | 09/23/19 | |

| | |
|---|---|
| **Trustee:** | ROBERT J. MUSSO (520810) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******0266 - Money Market Account |
| **Blanket Bond:** | $44,643,604.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/19 | Int | Rabobank, N.A. | Interest posting at  0.0500% | 1270-000 | 75.57 | | 1,779,449.24 |
| 08/30/19 | Int | Rabobank, N.A. | Interest posting at  0.0500% | 1270-000 | 75.56 | | 1,779,524.80 |
| | | | **ACCOUNT TOTALS** | | 3,113,228.25 | 1,333,703.45 | **$1,779,524.80** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 3,113,228.25 | 1,333,703.45 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,113,228.25** | **$1,333,703.45** | |

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 115-42814 | |
| **Case Name:** AUTO GOBBLER PARTS INC | |
| | |
| **Taxpayer ID #:** **-***0069 | |
| **Period Ending:** 09/23/19 | |

| | |
|---|---|
| **Trustee:** | ROBERT J. MUSSO (520810) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******0267 - Checking Account |
| **Blanket Bond:** | $44,643,604.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| | |
|---|---|
| Net Receipts : | 3,113,228.25 |
| Net Estate : | $3,113,228.25 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ******0266** | 3,113,228.25 | 1,333,703.45 | 1,779,524.80 |
| **Checking # ******0267** | 0.00 | 0.00 | 0.00 |
| | $3,113,228.25 | $1,333,703.45 | $1,779,524.80 |

{} Asset reference(s)                                                    Printed: 09/23/2019 12:44 PM    V.14.50

# EXHIBIT C - CLAIMS REGISTER

### Case:  115-42814          AUTO GOBBLER PARTS INC

Claims Bar Date:

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 | NYCTL 1998-2/MTAG<br>MTAG Services, LLC,8609 Westwood Center<br>Drive, Suite 325,Attn: Megan Meyer<br>Vienna, VA 22182<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>09/04/15 | | $24,185.56<br>$0.00 | $0.00 | $0.00 |
| 6 | NYCTL 1998-2/MTAG<br>MTAG Services, LLC,8609 Westwood Center<br>Drive, Suite 325,Attn: Thomas Yancey<br>Vienna, VA 22182<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>09/04/15 | | $3,215.34<br>$0.00 | $0.00 | $0.00 |
| 7 | NYCTL 1998-2<br>MTAG Services, LLC,8609 Westwood Center<br>Drive, Suite 325,Attn: Marie Triolo<br>Vienna, VA 22182<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>09/04/15 | | $14,646.25<br>$0.00 | $0.00 | $0.00 |
| 8 | NYCTL 2014 Trust<br>MTAG Services, LLC,8609 Westwood Center<br>Drive, Suite 325,Attn: Kenneth LaVine<br>Vienna, VA 22182<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>09/04/15 | | $13,387.42<br>$0.00 | $0.00 | $0.00 |
| 9 | NYCTL 2015-A Trust MTAG<br>8609 Westwood Center Drive, Suite 325<br>Attn: Thomas Yancey<br>Vienna, VA 22182<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>09/04/15 | | $12,349.04<br>$0.00 | $0.00 | $0.00 |
| 10 | NYCTL 1998-2/MTAG<br>MTAG Services, LLC,8609 Westwood Center<br>Drive, Suite 325,Attn: Thomas Yancey<br>Vienna, VA 22182<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>09/29/15 | | $2,222.40<br>$0.00 | $0.00 | $0.00 |
| 11 | NYCTL 1998-2/MTAG<br>MTAG Services, LLC,8609 Westwood Center<br>Drive, Suite 325,Attn: Megan Meyer<br>Vienna, VA 22182<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>09/29/15 | | $11,006.82<br>$0.00 | $0.00 | $0.00 |

# EXHIBIT C - CLAIMS REGISTER

### Case: 115-42814          AUTO GOBBLER PARTS INC

Claims Bar Date:

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 12 | NYCTL 1998-2<br>MTAG Services, LLC,8609 Westwood Center<br>Drive, Suite 325,Attn: Marie Triolo<br>Vienna, VA 22182<br><4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | Secured<br>09/29/15 | | $9,952.79<br>$0.00 | $0.00 | $0.00 |
| 13 | NYCTL 2014 Trust<br>MTAG Services, LLC,8609 Westwood Center<br>Drive, Suite 325,Attn: Kenneth LaVine<br>Vienna, VA 22182<br><4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | Secured<br>09/29/15 | | $9,093.41<br>$0.00 | $0.00 | $0.00 |
| 14 | NYCTL 2015-A Trust MTAG<br>8609 Westwood Center Drive, Suite 325<br>Attn: Thomas Yancey<br>Vienna, VA 22182<br><4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | Secured<br>09/29/15 | | $8,407.53<br>$0.00 | $0.00 | $0.00 |
| 15 | NYCTL 1998-2/MTAG<br>MTAG Services, LLC,8609 Westwood Center<br>Drive, Suite 325,Attn: Thomas Yancey<br>Vienna, VA 22182<br><4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | Secured<br>09/29/15 | | $4,818.31<br>$0.00 | $0.00 | $0.00 |
| 16 | NYCTL 1998-2/MTAG<br>MTAG Services, LLC,8609 Westwood Center<br>Drive, Suite 325,Attn: Megan Meyer<br>Vienna, VA 22182<br><4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | Secured<br>09/29/15 | | $39,553.84<br>$0.00 | $0.00 | $0.00 |
| 17 | NYCTL 1998-2/MTAG<br>MTAG Services, LLC,8609 Westwood Center<br>Drive, Suite 325,Attn: Megan Meyer<br>Vienna, VA 22182<br><4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | Secured<br>09/29/15 | | $15,947.90<br>$0.00 | $0.00 | $0.00 |
| 18 | NYCTL 1998-2<br>MTAG Services, LLC,8609 Westwood Center<br>Drive, Suite 325,Attn: Marie Triolo<br>Vienna, VA 22182<br><4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | Secured<br>09/29/15 | | $17,276.84<br>$0.00 | $0.00 | $0.00 |

# EXHIBIT C - CLAIMS REGISTER

## Case:  115-42814          AUTO GOBBLER PARTS INC

Claims Bar Date:

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 19 | NYCTL 2014 Trust MTAG Services, LLC,8609 Westwood Center Drive, Suite 325,Attn: Kenneth LaVine Vienna, VA 22182 <4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured 09/29/15 | | $15,242.30 $0.00 | $0.00 | $0.00 |
| 20 | NYCTL 2015-A Trust MTAG 8609 Westwood Center Drive, Suite 325 Attn: Thomas Yancey Vienna, VA 22182 <4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured 09/29/15 | | $11,624.39 $0.00 | $0.00 | $0.00 |
| 21 | NYCTL 1998-2/MTAG MTAG Services, LLC,8609 Westwood Center Drive, Suite 325,Attn: Thomas Yancey Vienna, VA 22182 <4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured 09/29/15 | | $3,763.50 $0.00 | $0.00 | $0.00 |
| 22 | NYCTL 2014 Trust MTAG Services, LLC,8609 Westwood Center Drive, Suite 325,Attn: Kenneth LaVine Vienna, VA 22182 <4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured 09/29/15 | | $10,467.77 $0.00 | $0.00 | $0.00 |
| 24 | NYCTL 1998-2/MTAG MTAG Services, LLC,8609 Westwood Center Drive, Suite 325,Attn: Thomas Yancey Vienna, VA 22182 <4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured 09/29/15 | | $6,766.73 $0.00 | $0.00 | $0.00 |
| 25 | NYCTL 1998-2/MTAG MTAG Services, LLC,8609 Westwood Center Drive, Suite 325,Attn: Kenneth LaVine Vienna, VA 22182 <4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured 09/29/15 | | $60,426.86 $0.00 | $0.00 | $0.00 |
| 26 | NYCTL 1998-2/MTAG MTAG Services, LLC,8609 Westwood Center Drive, Suite 325,Attn: Megan Meyer Vienna, VA 22182 <4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured 09/29/15 | | $34,185.86 $0.00 | $0.00 | $0.00 |

# EXHIBIT C - CLAIMS REGISTER

## Case:  115-42814          AUTO GOBBLER PARTS INC

Claims Bar Date:

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 27 | NYCTL 1998-2<br>MTAG Services, LLC,8609 Westwood Center<br>Drive, Suite 325,Attn: Marie Triolo<br>Vienna, VA 22182<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>09/29/15 | | $25,603.34<br>$0.00 | $0.00 | $0.00 |
| 28 | NYCTL 2014 Trust<br>MTAG Services, LLC,8609 Westwood Center<br>Drive, Suite 325,Attn: Kenneth LaVine<br>Vienna, VA 22182<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>09/29/15 | | $24,438.67<br>$0.00 | $0.00 | $0.00 |
| 29 | NYCTL 2015-A Trust MTAG<br>8609 Westwood Center Drive, Suite 325<br>Attn: Thomas Yancey<br>Vienna, VA 22182<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>09/29/15 | | $23,535.73<br>$0.00 | $0.00 | $0.00 |
| 30 | NYCTL 1998-2/MTAG<br>MTAG Services, LLC,8609 Westwood Center<br>Drive, Suite 325,Attn: Thomas Yancey<br>Vienna, VA 22182<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>09/29/15 | | $1,964.69<br>$0.00 | $0.00 | $0.00 |
| 31 | NYCTL 2014 Trust<br>MTAG Services, LLC,8609 Westwood Center<br>Drive, Suite 325,Attn: Kenneth LaVine<br>Vienna, VA 22182<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>09/29/15 | | $6,781.32<br>$0.00 | $0.00 | $0.00 |
| 32 | NYCTL 2015-A Trust MTAG<br>8609 Westwood Center Drive, Suite 325<br>Attn: Thomas Yancey<br>Vienna, VA 22182<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>09/29/15 | | $6,284.43<br>$0.00 | $0.00 | $0.00 |
| 33 | NYCTL 1998-2/MTAG<br>MTAG Services, LLC,8609 Westwood Center<br>Drive, Suite 325,Attn: Thomas Yancey<br>Vienna, VA 22182<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>09/29/15 | | $2,166.75<br>$0.00 | $0.00 | $0.00 |

# EXHIBIT C - CLAIMS REGISTER

## Case:  115-42814          AUTO GOBBLER PARTS INC

Claims Bar Date:

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 34 | NYCTL 1998-2/MTAG<br>MTAG Services, LLC,8609 Westwood Center<br>Drive, Suite 325,Attn: Megan Meyer<br>Vienna, VA 22182<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>09/29/15 | | $11,502.69<br>$0.00 | $0.00 | $0.00 |
| 35 | NYCTL 1998-2<br>MTAG Services, LLC,8609 Westwood Center<br>Drive, Suite 325,Attn: Marie Triolo<br>Vienna, VA 22182<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>09/29/15 | | $7,798.45<br>$0.00 | $0.00 | $0.00 |
| 36 | NYCTL 2014 Trust<br>MTAG Services, LLC,8609 Westwood Center<br>Drive, Suite 325,Attn: Kenneth LaVine<br>Vienna, VA 22182<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>09/29/15 | | $7,483.13<br>$0.00 | $0.00 | $0.00 |
| 37 | NYCTL 2015-A Trust MTAG<br>8609 Westwood Center Drive, Suite 325<br>Attn: Thomas Yancey<br>Vienna, VA 22182<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>09/29/15 | | $7,699.86<br>$0.00 | $0.00 | $0.00 |
| 38 | NYCTL 1998-2/MTAG<br>MTAG Services, LLC,8609 Westwood Center<br>Drive, Suite 325,Attn: Thomas Yancey<br>Vienna, VA 22182<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>09/29/15 | | $1,927.75<br>$0.00 | $0.00 | $0.00 |
| 39 | NYCTL 1998-2<br>MTAG Services, LLC,8609 Westwood Center<br>Drive, Suite 325,Attn: Marie Triolo<br>Vienna, VA 22182<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>09/29/15 | | $8,165.78<br>$0.00 | $0.00 | $0.00 |
| 40 | NYCTL 2014 Trust<br>MTAG Services, LLC,8609 Westwood Center<br>Drive, Suite 325,Attn: Kenneth LaVine<br>Vienna, VA 22182<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>09/29/15 | | $7,483.13<br>$0.00 | $0.00 | $0.00 |

# EXHIBIT C - CLAIMS REGISTER

### Case:  115-42814          AUTO GOBBLER PARTS INC

Claims Bar Date:

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 41 | NYCTL 2015-A Trust MTAG<br>8609 Westwood Center Drive, Suite 325<br>Attn: Thomas Yancey<br>Vienna, VA 22182<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>09/29/15 | | $7,699.86<br>$0.00 | $0.00 | $0.00 |
| 43 | Javash Real Estate Corp.<br>co Ravert PLLC,116 West 23 Street,<br>Fifth Floor,Attn: Gary O. Ravert<br>New York, NY 10011<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>11/30/15 | Withdrawn | $1,950,000.00<br>$0.00 | $0.00 | $0.00 |
| 44 | Javash Realty Corp.<br>co Ravert PLLC,116 West 23 Street,<br>Fifth Floor,Attn: Gary O. Ravert<br>New York, NY 10011<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>11/30/15 | Withdrawn | $1,950,000.00<br>$0.00 | $0.00 | $0.00 |
| 45 | Javash Realty, LLC<br>co Ravert PLLC,116 West 23 Street,<br>Fifth Floor,Attn: Gary O. Ravert<br>New York, NY 10011<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>11/30/15 | Withdrawn | $1,950,000.00<br>$0.00 | $0.00 | $0.00 |
| 46 | Heather Serpico<br>co Ravert PLLC,116 West 23 Street,<br>Fifth Floor,Attn: Gary O. Ravert<br>New York, NY 10011<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>11/30/15 | Withdrawn | $1,950,000.00<br>$0.00 | $0.00 | $0.00 |
| 47 | Anthony Serpico<br>co Ravert PLLC,116 West 23 Street,<br>Fifth Floor,Attn: Gary O. Ravert<br>New York, NY 10011<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>11/30/15 | Withdrawn | $1,950,000.00<br>$0.00 | $0.00 | $0.00 |
| 48 | Vincent Serpico<br>co Ravert PLLC,116 West 23 Street,<br>Fifth Floor,Attn: Gary O. Ravert<br>New York, NY 10011<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>11/30/15 | Withdrawn | $1,950,000.00<br>$0.00 | $0.00 | $0.00 |
| | ROBERT J. MUSSO<br>26 COURT STREET<br>SUITE 2211<br>BROOKLYN, NY 11242 | Admin Ch.  7<br>03/17/16 | [Updated by Surplus to Debtor Report based on Net Estate Value: 3086596.65] | $115,847.90<br>$115,847.90 | $0.00 | $115,847.90 |

# EXHIBIT C - CLAIMS REGISTER

## Case:  115-42814          AUTO GOBBLER PARTS INC

Claims Bar Date:

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | <2100-00   Trustee Compensation>,  200 | | | | | |
| | ROBERT J. MUSSO<br>26 COURT STREET<br>SUITE 2211<br>BROOKLYN, NY 11242<br><2200-00   Trustee Expenses>,  200 | Admin Ch.  7<br>03/17/16 | | $1,150.20<br>$1,150.20 | $0.00 | $1,150.20 |
| ADMIN | Clerk,<br>EDNY - Bankrupcy Court<br>271 Cadman Plaza East<br>Brooklyn, NY 11242<br><2700-00   Clerk of the Court Costs (includes adversary and other filing fees)>,  200 | Admin Ch.  7<br>03/17/16 | | $350.00<br>$350.00 | $0.00 | $350.00 |
| ADMIN | Rosenberg Musso & Weiner LLP<br>26 Court Street<br>Suite 2211<br>Brooklyn, NY 11242<br><3110-00   Attorney for Trustee Fees (Trustee Firm)>,  200 | Admin Ch.  7<br>03/17/16 | | $67,187.50<br>$67,187.50 | $0.00 | $67,187.50 |
| ADMIN | Rosenberg Musso & Weiner LLP<br>26 Court Street<br>Suite 2211<br>Brooklyn, NY 11242<br><3120-00   Attorney for Trustee Expenses (Trustee Firm)>,  200 | Admin Ch.  7<br>03/17/16 | | $283.74<br>$283.74 | $0.00 | $283.74 |
| ADMIN | Jospeh A. Broderick<br><3310-00   Accountant for Trustee Fees (Trustee Firm)>,  200 | Admin Ch.  7<br>03/17/16 | | $10,887.50<br>$10,887.50 | $0.00 | $10,887.50 |
| 42 | NYC Department of Finance<br>Bankruptcy and Assignment Unit,345<br>Adams Street, 10th Floor,Attn: Yehuda Mi<br>Brooklyn, NY 11201<br><5200-00   Unsecured Claims Allowed>,  505 | Priority<br>10/05/15 | | $153,596.65<br>$153,596.65 | $0.00 | $153,596.65 |
| 1 | New York State Department of Taxation<br>& Finance<br>Bankruptcy Section<br>P O Box 5300<br>Albany, NY 12205-0300<br><5800-00   Claims of Governmental Units>,  570 | Priority<br>06/29/15 | Allowed | $234,305.09<br>$234,305.09 | $0.00 | $234,305.09 |
| 2S | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><5800-00   Claims of Governmental Units>,  570 | Priority<br>07/10/15 | Allowed | $995,498.08<br>$995,498.08 | $0.00 | $995,498.08 |

# EXHIBIT C - CLAIMS REGISTER

## Case: 115-42814          AUTO GOBBLER PARTS INC

Claims Bar Date:

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3 | New York State Department of Labor<br>State Office Campus<br>Building #12, Room #256<br>Albany, NY 12240<br><5800-00  Claims of Governmental Units>,  570 | Priority<br>07/15/15 | Allowed | $14,528.71<br>$14,528.71 | $0.00 | $14,528.71 |
| 50 | Serpico, Serpico & Siddiqui, PC<br>16 Court Street, Suite 2000<br><br>Brooklyn, NY 11241<br><5800-00  Claims of Governmental Units>,  570 | Priority<br>10/25/17 | Withdrawn | $15,000.00<br>$0.00 | $0.00 | $0.00 |
| 2U | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/10/15 | | $65,678.89<br>$65,678.89 | $0.00 | $65,678.89 |
| 4 | CONSOLIDATED EDISON COMPANY<br>OF NEW YORK, INC.<br>BANKRUPTCY GROUP<br>4 IRVING PLACE, ROOM 1875-S<br>NEW YORK, NY 10003<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/25/15 | Allowed | $164.26<br>$164.26 | $0.00 | $164.26 |
| 49 | Anthony J. Genovesi, Jr.<br>Abrams Fenstermar<br>1 Metro Tech Center, Suite 1701<br>Brooklyn, NY 11201<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/14/17 | Amended by Claim 51 | $100,000.00<br>$0.00 | $0.00 | $0.00 |
| 51 | Anthony J. Genovesi, Jr.<br>Abrams Fenstermar<br>1 Metro Tech Center, Suite 1701<br>Brooklyn, NY 11201<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/10/19 | Allowed | $75,000.00<br>$75,000.00 | $0.00 | $75,000.00 |
| 1I | New York State Department of Taxation<br>& Finance<br>Bankruptcy Section<br>P O Box 5300<br>Albany, NY 12205-0300<br><7990-00  Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>06/29/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| 3I | New York State Department of Labor<br>State Office Campus<br>Building #12, Room #256<br>Albany, NY 12240<br><7990-00  Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>07/15/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |

# EXHIBIT C - CLAIMS REGISTER

## Case: 115-42814          AUTO GOBBLER PARTS INC

Claims Bar Date:

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4I | CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. BANKRUPTCY GROUP 4 IRVING PLACE, ROOM 1875-S NEW YORK, NY 10003 | Unsecured 08/25/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | <7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | | | | | |
| 2SI | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | Unsecured 07/10/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | <7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | | | | | |
| 2UI | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | Unsecured 07/10/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | <7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | | | | | |
| 42I | NYC Department of Finance Bankruptcy and Assignment Unit,345 Adams Street, 10th Floor,Attn: Yehuda Mi Brooklyn, NY 11201 | Unsecured 10/05/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | <7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | | | | | |
| 51I | Anthony J. Genovesi, Jr. Abrams Fenstermar 1 Metro Tech Center, Suite 1701 Brooklyn, NY 11201 | Unsecured 06/10/19 | | $0.00 $0.00 | $0.00 | $0.00 |
| | <7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | | | | | |
| SURPLUS | AUTO GOBBLER PARTS INC 5601 PRESTON COURT BROOKLYN, NY 11234 | Unsecured 06/16/15 | | $26,631.60 $26,631.60 | $0.00 | $26,631.60 |
| | <8200-00   Surplus Funds Paid to Debtor § 726 (a)(6) (incl pmts to shareholders & ltd part)>,  650 | | | | | |

Case Total:    $0.00    $1,761,110.12

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 115-42814
Case Name: AUTO GOBBLER PARTS INC
Trustee Name: ROBERT J. MUSSO

**Balance on hand:**                     $      1,779,524.80

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|----------------|-------------------------|--------------------------|------------------|
| None | | | | | |

Total to be paid to secured creditors:     $          0.00
Remaining balance:                         $    1,779,524.80

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Trustee, Fees - ROBERT J. MUSSO | 115,847.90 | 0.00 | 115,847.90 |
| Trustee, Expenses - ROBERT J. MUSSO | 1,150.20 | 0.00 | 1,150.20 |
| Attorney for Trustee, Fees - Rosenberg Musso & Weiner LLP | 67,187.50 | 0.00 | 67,187.50 |
| Attorney for Trustee, Expenses - Rosenberg Musso & Weiner LLP | 283.74 | 0.00 | 283.74 |
| Accountant for Trustee, Fees - Jospeh A. Broderick | 10,887.50 | 0.00 | 10,887.50 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |

Total to be paid for chapter 7 administration expenses:     $     195,706.84
Remaining balance:                                          $   1,583,817.96

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| None | | | |

Total to be paid for prior chapter administrative expenses:     $          0.00
Remaining balance:                                             $    1,583,817.96

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,397,928.53 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | New York State Department of Taxation & Finance | 234,305.09 | 0.00 | 234,305.09 |
| 2S | Internal Revenue Service | 995,498.08 | 0.00 | 995,498.08 |
| 3 | New York State Department of Labor | 14,528.71 | 0.00 | 14,528.71 |
| 42 | NYC Department of Finance | 153,596.65 | 0.00 | 153,596.65 |

Total to be paid for priority claims:    $    1,397,928.53
Remaining balance:    $    185,889.43

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 140,843.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2U | Internal Revenue Service | 65,678.89 | 0.00 | 65,678.89 |
| 4 | CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. | 164.26 | 0.00 | 164.26 |
| 51 | Anthony J. Genovesi, Jr. | 75,000.00 | 0.00 | 75,000.00 |

Total to be paid for timely general unsecured claims:    $    140,843.15
Remaining balance:    $    45,046.28

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | | 0.00 |
| Remaining balance: | $ | | 45,046.28 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| Total to be paid for subordinated claims: | $ | | 0.00 |
| Remaining balance: | $ | | 45,046.28 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.3% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $18,414.68.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 26,631.60.

**UST Form 101-7-TFR (05/1/2011)**