# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: AUTO GOBBLER PARTS INC | § | Case No. 1-15-42814-ESS |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

ROBERT J. MUSSO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $2,076,210.00
*(without deducting any secured claims)*

Assets Exempt: $0.00

Total Distribution to Claimants: $1,557,186.36

Claims Discharged
Without Payment: $0.00

Total Expenses of Administration: $1,529,410.29

3) Total gross receipts of $ 3,113,418.81 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 26,822.16 (see **Exhibit 2**), yielded net receipts of $3,086,596.65 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $12,179,076.44 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,529,410.29 | 1,529,410.29 | 1,529,410.29 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 1,412,928.53 | 1,397,928.53 | 1,397,928.53 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 240,843.15 | 140,843.15 | 159,257.83 |
| **TOTAL DISBURSEMENTS** | $0.00 | $15,362,258.41 | $3,068,181.97 | $3,086,596.65 |

4) This case was originally filed under Chapter 7 on June 16, 2015. The case was pending for 47 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/28/2020          By: /s/ROBERT J. MUSSO
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Refund for Real Estate Taxes | 1110-000 | 23.68 |
| Property -709 E. 56th St. - Block: 7932; Lot 201 | 1110-000 | 3,070,245.00 |
| Key Bank - DIP Account | 1242-000 | 173.24 |
| RENT: Lots: 201; 199; 197 and 183 | 1122-000 | 41,526.50 |
| Interest Income | 1270-000 | 1,450.39 |
| **TOTAL GROSS RECEIPTS** | | **$3,113,418.81** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Preston Court Shares, LLC | Dividend paid 100.00% on $26,631.60; Claim# SURPLUS; Filed: $26,631.60; Reference: | 8200-002 | 26,822.16 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$26,822.16** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | NYCTL 1998-2/MTAG | 4110-000 | N/A | 24,185.56 | 0.00 | 0.00 |
| 6 | NYCTL 1998-2/MTAG | 4110-000 | N/A | 3,215.34 | 0.00 | 0.00 |
| 7 | NYCTL 1998-2 | 4110-000 | N/A | 14,646.25 | 0.00 | 0.00 |
| 8 | NYCTL 2014 Trust | 4110-000 | N/A | 13,387.42 | 0.00 | 0.00 |
| 9 | NYCTL 2015-A Trust MTAG | 4110-000 | N/A | 12,349.04 | 0.00 | 0.00 |
| 10 | NYCTL 1998-2/MTAG | 4110-000 | N/A | 2,222.40 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| 11 | NYCTL 1998-2/MTAG | 4110-000 | N/A | 11,006.82 | 0.00 | 0.00 |
|----|-------------------|----------|-----|-----------|------|------|
| 12 | NYCTL 1998-2 | 4110-000 | N/A | 9,952.79 | 0.00 | 0.00 |
| 13 | NYCTL 2014 Trust | 4110-000 | N/A | 9,093.41 | 0.00 | 0.00 |
| 14 | NYCTL 2015-A Trust MTAG | 4110-000 | N/A | 8,407.53 | 0.00 | 0.00 |
| 15 | NYCTL 1998-2/MTAG | 4110-000 | N/A | 4,818.31 | 0.00 | 0.00 |
| 16 | NYCTL 1998-2/MTAG | 4110-000 | N/A | 39,553.84 | 0.00 | 0.00 |
| 17 | NYCTL 1998-2/MTAG | 4110-000 | N/A | 15,947.90 | 0.00 | 0.00 |
| 18 | NYCTL 1998-2 | 4110-000 | N/A | 17,276.84 | 0.00 | 0.00 |
| 19 | NYCTL 2014 Trust | 4110-000 | N/A | 15,242.30 | 0.00 | 0.00 |
| 20 | NYCTL 2015-A Trust MTAG | 4110-000 | N/A | 11,624.39 | 0.00 | 0.00 |
| 21 | NYCTL 1998-2/MTAG | 4110-000 | N/A | 3,763.50 | 0.00 | 0.00 |
| 22 | NYCTL 2014 Trust | 4110-000 | N/A | 10,467.77 | 0.00 | 0.00 |
| 24 | NYCTL 1998-2/MTAG | 4110-000 | N/A | 6,766.73 | 0.00 | 0.00 |
| 25 | NYCTL 1998-2/MTAG | 4110-000 | N/A | 60,426.86 | 0.00 | 0.00 |
| 26 | NYCTL 1998-2/MTAG | 4110-000 | N/A | 34,185.86 | 0.00 | 0.00 |
| 27 | NYCTL 1998-2 | 4110-000 | N/A | 25,603.34 | 0.00 | 0.00 |
| 28 | NYCTL 2014 Trust | 4110-000 | N/A | 24,438.67 | 0.00 | 0.00 |
| 29 | NYCTL 2015-A Trust MTAG | 4110-000 | N/A | 23,535.73 | 0.00 | 0.00 |
| 30 | NYCTL 1998-2/MTAG | 4110-000 | N/A | 1,964.69 | 0.00 | 0.00 |
| 31 | NYCTL 2014 Trust | 4110-000 | N/A | 6,781.32 | 0.00 | 0.00 |
| 32 | NYCTL 2015-A Trust MTAG | 4110-000 | N/A | 6,284.43 | 0.00 | 0.00 |
| 33 | NYCTL 1998-2/MTAG | 4110-000 | N/A | 2,166.75 | 0.00 | 0.00 |
| 34 | NYCTL 1998-2/MTAG | 4110-000 | N/A | 11,502.69 | 0.00 | 0.00 |
| 35 | NYCTL 1998-2 | 4110-000 | N/A | 7,798.45 | 0.00 | 0.00 |
| 36 | NYCTL 2014 Trust | 4110-000 | N/A | 7,483.13 | 0.00 | 0.00 |
| 37 | NYCTL 2015-A Trust MTAG | 4110-000 | N/A | 7,699.86 | 0.00 | 0.00 |
| 38 | NYCTL 1998-2/MTAG | 4110-000 | N/A | 1,927.75 | 0.00 | 0.00 |
| 39 | NYCTL 1998-2 | 4110-000 | N/A | 8,165.78 | 0.00 | 0.00 |
| 40 | NYCTL 2014 Trust | 4110-000 | N/A | 7,483.13 | 0.00 | 0.00 |
| 41 | NYCTL 2015-A Trust MTAG | 4110-000 | N/A | 7,699.86 | 0.00 | 0.00 |
| 43 | Javash Real Estate Corp. | 4110-000 | N/A | 1,950,000.00 | 0.00 | 0.00 |
| 44 | Javash Realty Corp. | 4110-000 | N/A | 1,950,000.00 | 0.00 | 0.00 |
| 45 | Javash Realty, LLC | 4110-000 | N/A | 1,950,000.00 | 0.00 | 0.00 |
| 46 | Heather Serpico | 4110-000 | N/A | 1,950,000.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 47 | Anthony Serpico | 4110-000 | N/A | 1,950,000.00 | 0.00 | 0.00 |
| 48 | Vincent Serpico | 4110-000 | N/A | 1,950,000.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $12,179,076.44 | $0.00 | $0.00 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ROBERT J. MUSSO | 2100-000 | N/A | 115,847.90 | 115,847.90 | 115,847.90 |
| Trustee Expenses - ROBERT J. MUSSO | 2200-000 | N/A | 1,150.20 | 1,150.20 | 1,150.20 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk, | 2700-000 | N/A | 350.00 | 350.00 | 350.00 |
| Attorney for Trustee Fees (Trustee Firm) - Rosenberg Musso & Weiner LLP | 3110-000 | N/A | 67,187.50 | 67,187.50 | 67,187.50 |
| Attorney for Trustee Expenses (Trustee Firm) - Rosenberg Musso & Weiner LLP | 3120-000 | N/A | 283.74 | 283.74 | 283.74 |
| Accountant for Trustee Fees (Trustee Firm) - Jospeh A. Broderick | 3310-000 | N/A | 10,887.50 | 10,887.50 | 10,887.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.00 | 20.00 | 20.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 38.70 | 38.70 | 38.70 |
| Other - Ravert PLLC | 3732-000 | N/A | 1,466.66 | 1,466.66 | 1,466.66 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 47.80 | 47.80 | 47.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 308.20 | 308.20 | 308.20 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 915.09 | 915.09 | 915.09 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 604.12 | 604.12 | 604.12 |
| Other - Verrazano Closing Services LTD | 2820-000 | N/A | 2,475.00 | 2,475.00 | 2,475.00 |
| Other - David Rosenbloom, CPA | 3992-000 | N/A | 250.00 | 250.00 | 250.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,094.22 | 1,094.22 | 1,094.22 |

| | | | | |
|---|---|---|---|---|---|
| Other – Rabobank, N.A. | 2600-000 | N/A | 1,021.14 | 1,021.14 | 1,021.14 |
| Other – Heather Serpico | 2500-000 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| Other – Vincent Serpico | 2500-000 | N/A | 12,500.00 | 12,500.00 | 12,500.00 |
| Auctioneer for Trustee Fees (including buyers premiums) - Maltz Auctions Inc. | 3610-000 | N/A | 210,000.00 | 210,000.00 | 210,000.00 |
| Other – NYCTL 2015-A Trust MTAG | 2820-000 | N/A | 125,069.38 | 125,069.38 | 125,069.38 |
| Other – NYCTL 2016-A Trust MTAG | 2820-000 | N/A | 39,989.37 | 39,989.37 | 39,989.37 |
| Other – NYCTL 2017-A Trust MTAG | 2820-000 | N/A | 166,610.68 | 166,610.68 | 166,610.68 |
| Other – Gem Abstract | 2500-000 | N/A | 27,426.36 | 27,426.36 | 27,426.36 |
| Other – Karen A. Virgintino | 2500-000 | N/A | 300.00 | 300.00 | 300.00 |
| Other – NYCTL 1998-A Trust MTAG | 2820-000 | N/A | 588,862.90 | 588,862.90 | 588,862.90 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 1,771.35 | 1,771.35 | 1,771.35 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 2,392.72 | 2,392.72 | 2,392.72 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 1,981.72 | 1,981.72 | 1,981.72 |
| Other – Department of Treasury | 2810-000 | N/A | 84,796.00 | 84,796.00 | 84,796.00 |
| Other – New York State Corporation Tax | 2820-000 | N/A | 18,741.00 | 18,741.00 | 18,741.00 |
| Other – New York City Department of Finance | 2820-000 | N/A | 23,479.00 | 23,479.00 | 23,479.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 2,728.85 | 2,728.85 | 2,728.85 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 2,495.02 | 2,495.02 | 2,495.02 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 2,835.60 | 2,835.60 | 2,835.60 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 2,487.84 | 2,487.84 | 2,487.84 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 2,741.51 | 2,741.51 | 2,741.51 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 2,651.87 | 2,651.87 | 2,651.87 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 1,366.73 | 1,366.73 | 1,366.73 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 1,609.62 | 1,609.62 | 1,609.62 |
| Other – NYS Corporate Tax | 2820-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,529,410.29 | $1,529,410.29 | $1,529,410.29 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | New York State Department of Taxation & Finance | 5800-000 | N/A | 234,305.09 | 234,305.09 | 234,305.09 |
| 2S | Internal Revenue Service | 5800-000 | N/A | 995,498.08 | 995,498.08 | 995,498.08 |
| 3 | New York State Department of Labor | 5800-000 | N/A | 14,528.71 | 14,528.71 | 14,528.71 |
| 42 | NYC Department of Finance | 5200-000 | N/A | 153,596.65 | 153,596.65 | 153,596.65 |
| 50 | Serpico, Serpico & Siddiqui, PC | 5800-000 | N/A | 15,000.00 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,412,928.53 | $1,397,928.53 | $1,397,928.53 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1I | New York State Department of Taxation & Finance | 7990-000 | N/A | N/A | 0.00 | 2,803.96 |
| 2U | Internal Revenue Service | 7100-000 | N/A | 65,678.89 | 65,678.89 | 65,678.89 |
| 3I | New York State Department of Labor | 7990-000 | N/A | N/A | 0.00 | 173.87 |
| 4 | CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. | 7100-000 | N/A | 164.26 | 164.26 | 164.26 |
| 4I | CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. | 7990-000 | N/A | N/A | 0.00 | 1.97 |
| 2SI | Internal Revenue Service | 7990-000 | N/A | N/A | 0.00 | 11,913.25 |
| 2UI | Internal Revenue Service | 7990-000 | N/A | N/A | 0.00 | 785.99 |
| 42I | NYC Department of Finance | 7990-000 | N/A | N/A | 0.00 | 1,838.11 |
| 49 | Anthony J. Genovesi, Jr. | 7100-000 | N/A | 100,000.00 | 0.00 | 0.00 |
| 51 | Anthony J. Genovesi, Jr. | 7100-000 | N/A | 75,000.00 | 75,000.00 | 75,000.00 |
| 51I | Anthony J. Genovesi, Jr. | 7990-000 | N/A | N/A | 0.00 | 897.53 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $240,843.15 | $140,843.15 | $159,257.83 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1-15-42814-ESS  
**Case Name:** AUTO GOBBLER PARTS INC

**Trustee:** (520810) ROBERT J. MUSSO  
**Filed (f) or Converted (c):** 03/17/16 (c)  
**§341(a) Meeting Date:** 04/27/16  
**Claims Bar Date:**

**Period Ending:** 03/03/20

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Property -709 E. 56th St. - Block: 7932; Lot 201 (See Footnote) | 252,000.00 | Unknown | | 3,070,245.00 | FA |
| 2 | Lot - Block: 7932; Lot 181 | 173,000.00 | 0.00 | | 0.00 | FA |
| 3 | Lot - Block: 7932; Lot 183 | 506,000.00 | 0.00 | | 0.00 | FA |
| 4 | Lot - Block: 7932; Lot 197 | 158,000.00 | 0.00 | | 0.00 | FA |
| 5 | Lot - Block: 7932; Lot 199 | 158,000.00 | 0.00 | | 0.00 | FA |
| 6 | Lot - Block: 7932; Lot 203 | 309,000.00 | 0.00 | | 0.00 | FA |
| 7 | Lot - Block: 7932; Lot 206 | 128,000.00 | 0.00 | | 0.00 | FA |
| 8 | Lot - Block: 7932; Lot 212 | 256,000.00 | 0.00 | | 0.00 | FA |
| 9 | Cash on Hand  (u) | 10.00 | 0.00 | | 0.00 | FA |
| 10 | Javish Realty Corp  (u) | 388,200.00 | 0.00 | | 0.00 | FA |
| 11 | Key Bank - DIP Account  (u) | 0.00 | 173.24 | | 173.24 | FA |
| 12 | RENT: Lots: 201; 199; 197 and 183 | Unknown | N/A | | 41,526.50 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 1,450.39 | FA |
| 13 | **Assets**    **Totals** (Excluding unknown values) | **$2,328,210.00** | **$173.24** | | **$3,113,395.13** | **$0.00** |

RE PROP# 1    $450,000.00 deposit represents 10% of 4.5 million offer for assets 1-8. Estate received
$3,070,245.00 for lots 201,181,183,197,199,203 and 212. Included in the $4.5 million are certain
non-debtor lots sold by Maltz pursuant to court approved corporation agreement. See docket #79 and
81. For efficiency, all deposits for estate real estate will reference #1.

---

**Major Activities Affecting Case Closing:**

Chapter 11 converted on March 17, 2016

March 23, 2016 Meeting with B. Weiner (Trustee Counsel) and Gary Ravert, Attorney for family members of J. Serpico - President of Debtor and Joint owner of estate property - Discussed cooperation agreement to sell estate property and adjoining lots to a developer.

March 22, 2016 Letter and phone call to Debtor's counsel advising of conversion; Request file post conversion shcedules; Request DIP information and insurance.

March 22, 2016 E-mail to B. Curtian UST re: Insurance policies.

March 22, 2016 B. Weiner investigating lots by ACRIS search Trustee believes in there joint sale with adjoining land owners estate's interest would be 2.5 million.

Trustee commenced Adv. Proc. #16-1119 for 363(h) sale of real property.

Auction Sale of Assets #1-8 was scheduled for May 24, 2017. Trustee attended no bids on property.

Received offer of 4.5 million terms of sale out to buyer.

Received 10% deposit or $450,000.00 from purchaser - Captain Holdings Corp.

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1-15-42814-ESS

**Case Name:** AUTO GOBBLER PARTS INC

**Period Ending:** 03/03/20

**Trustee:** (520810) ROBERT J. MUSSO

**Filed (f) or Converted (c):** 03/17/16 (c)

**§341(a) Meeting Date:** 04/27/16

**Claims Bar Date:**

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|

Closing has been delayed due to title issues. Unusual sale as some of lots are not estate property but cooperation agreement authorizes sale and Trustee's commissions including all lots.

Trustee closed on December 12, 2017. Preston, a joint owner of certain sold parcels objected to claim of IRS. Motion adjourned to November 12, 2018

Trustee sent estate tax returns to IRS and New York State on February 9, 2019

R. Sassloff, attorney for Preston - advised Preston withdrew objection. told Sassloff and G. Ravert - attorney for Serpico - that would draft TFR and notify of projected distribution.

Anthony Genovese, Esq., who filed proof of claim no. 49 for $100,000.00 on June 10, 2019 with consent of all parties in interest - Genovese filed claim no. 51 for $75,000.00 which references claim no. 49 and amends clams no. 49.

Surplus check to the Debtor was made payable to Preston Court Shares LLC (see docket no. 81) and per letter from Robert Sassloff, Esq dated 1/2/20

**Initial Projected Date Of Final Report (TFR):** December 31, 2016    **Current Projected Date Of Final Report (TFR):** September 23, 2019 (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 1-15-42814-ESS  
**Case Name:** AUTO GOBBLER PARTS INC

**Taxpayer ID #:** \*\*-\*\*\*0069  
**Period Ending:** 03/03/20

**Trustee:** ROBERT J. MUSSO (520810)  
**Bank Name:** Rabobank, N.A.  
**Account:** \*\*\*\*\*\*0266 - Checking Account  
**Blanket Bond:** $44,643,604.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/13/16 | {11} | Auto Gobbler Parts Inc | Closed Key Bank Account | 1242-000 | 173.24 | | 173.24 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 163.24 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 153.24 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 143.24 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 133.24 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 123.24 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 113.24 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 103.24 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 93.24 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 83.24 |
| 03/31/17 | {12} | Javish Real Estate Corp | Rent for February 2017 Lots: 201; 199; 197; 183 | 1122-000 | 8,305.50 | | 8,388.74 |
| 03/31/17 | {12} | Javish Real Estate Corp | Rent for March 2017 Lots: 201; 199; 197; 183 | 1122-000 | 8,305.50 | | 16,694.24 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 16,684.24 |
| 04/27/17 | {12} | Javish Real Estate Corp | April Rent | 1122-000 | 8,305.50 | | 24,989.74 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.00 | 24,969.74 |
| 05/25/17 | {12} | Javish Real Estate Corp | Rent for May 2017 | 1122-000 | 8,305.00 | | 33,274.74 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.70 | 33,236.04 |
| 06/27/17 | 101 | Ravert PLLC | Estates Share for Environmental Consultant | 3732-000 | | 1,466.66 | 31,769.38 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.80 | 31,721.58 |
| 07/14/17 | {12} | Javish Real Estate | June 2017 Rent | 1122-000 | 8,305.00 | | 40,026.58 |
| 07/14/17 | | Captain Holdings Corp | Deposit for sale of Assets 1-8 10% deposit of $4.5 million | | 450,000.00 | | 490,026.58 |
| | {1} | | 450,000.00 | 1110-000 | | | 490,026.58 |
| | {2} | | | 1110-000 | | | 490,026.58 |
| | {3} | | | 1110-000 | | | 490,026.58 |
| | {4} | | | 1110-000 | | | 490,026.58 |
| | {5} | | | 1110-000 | | | 490,026.58 |
| | {6} | | | 1110-000 | | | 490,026.58 |
| | {7} | | | 1110-000 | | | 490,026.58 |
| | {8} | | | 1110-000 | | | 490,026.58 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 308.20 | 489,718.38 |
| 08/16/17 | | Captain Holdings Corp. | 5% buyers premium Assets 1-8 | | 225,000.00 | | 714,718.38 |
| | {1} | | 225,000.00 | 1110-000 | | | 714,718.38 |
| | {2} | | | 1110-000 | | | 714,718.38 |
| | {3} | | | 1110-000 | | | 714,718.38 |
| | {4} | | | 1110-000 | | | 714,718.38 |

Subtotals : $716,699.74 $1,981.36

{} Asset reference(s)

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 1-15-42814-ESS

**Case Name:** AUTO GOBBLER PARTS INC

**Taxpayer ID #:** \*\*-\*\*\*0069

**Period Ending:** 03/03/20

**Trustee:** ROBERT J. MUSSO (520810)

**Bank Name:** Rabobank, N.A.

**Account:** \*\*\*\*\*\*0266 - Checking Account

**Blanket Bond:** $44,643,604.00  (per case limit)

**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | {5} | | | 1110-000 | | | 714,718.38 |
| | {6} | | | 1110-000 | | | 714,718.38 |
| | {7} | | | 1110-000 | | | 714,718.38 |
| | {8} | | | 1110-000 | | | 714,718.38 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 915.09 | 713,803.29 |
| 09/18/17 | | Captain Holdings Corp. | Additional 10% purchase deposit | | 450,000.00 | | 1,163,803.29 |
| | {1} | | 450,000.00 | 1110-000 | | | 1,163,803.29 |
| | {2} | | | 1110-000 | | | 1,163,803.29 |
| | {3} | | | 1110-000 | | | 1,163,803.29 |
| | {4} | | | 1110-000 | | | 1,163,803.29 |
| | {5} | | | 1110-000 | | | 1,163,803.29 |
| | {6} | | | 1110-000 | | | 1,163,803.29 |
| | {7} | | | 1110-000 | | | 1,163,803.29 |
| | {8} | | | 1110-000 | | | 1,163,803.29 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 604.12 | 1,163,199.17 |
| 10/11/17 | 102 | Verrazano Closing Services LTD | Tax Lien Pay-off | 2820-000 | | 2,475.00 | 1,160,724.17 |
| 10/25/17 | 103 | David Rosenblook, CPA | Admin Expense<br>Voided on 10/25/17 | 3991-080 | | 250.00 | 1,160,474.17 |
| 10/25/17 | 103 | David Rosenblook, CPA | Admin Expense<br>Voided: check issued on 10/25/17 | 3991-080 | | -250.00 | 1,160,724.17 |
| 10/25/17 | 104 | David Rosenbloom, CPA | Admin Expense | 3992-000 | | 250.00 | 1,160,474.17 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,094.22 | 1,159,379.95 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,021.14 | 1,158,358.81 |
| 12/12/17 | | Captain Holdings Corp | Closing 12/12/17 ~Block 7932 Lots 181, 183,<br>197, 199, 201, 203, 206 & 212 | | 1,945,245.00 | | 3,103,603.81 |
| | {1} | | 1,945,245.00 | 1110-000 | | | 3,103,603.81 |
| | {2} | | | 1110-000 | | | 3,103,603.81 |
| | {3} | | | 1110-000 | | | 3,103,603.81 |
| | {4} | | | 1110-000 | | | 3,103,603.81 |
| | {5} | | | 1110-000 | | | 3,103,603.81 |
| | {6} | | | 1110-000 | | | 3,103,603.81 |
| | {7} | | | 1110-000 | | | 3,103,603.81 |
| | {8} | | | 1110-000 | | | 3,103,603.81 |
| 12/12/17 | 105 | Heather Serpico | | 2500-000 | | 2,500.00 | 3,101,103.81 |
| 12/12/17 | 106 | Vincent Serpico | | 2500-000 | | 12,500.00 | 3,088,603.81 |
| 12/12/17 | 107 | Maltz Auctions Inc. | Auctioneer | 3610-000 | | 210,000.00 | 2,878,603.81 |
| 12/12/17 | 108 | NYCTL 2015-A Trust MTAG | Tax Lien | 2820-000 | | 125,069.38 | 2,753,534.43 |

Subtotals :  $2,395,245.00   $356,428.95

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 1-15-42814-ESS
**Case Name:** AUTO GOBBLER PARTS INC

**Taxpayer ID #:** **-***0069
**Period Ending:** 03/03/20

**Trustee:** ROBERT J. MUSSO (520810)
**Bank Name:** Rabobank, N.A.
**Account:** ******0266 - Checking Account
**Blanket Bond:** $44,643,604.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/12/17 | 109 | NYCTL 2016-A Trust MTAG | Tax Lien | 2820-000 | | 39,989.37 | 2,713,545.06 |
| 12/12/17 | 110 | NYCTL 2017-A Trust MTAG | Tax Lien | 2820-000 | | 166,610.68 | 2,546,934.38 |
| 12/12/17 | 111 | Gem Abstract | Title Closer | 2500-000 | | 27,426.36 | 2,519,508.02 |
| 12/12/17 | 112 | Karen A. Virgintino | Pick-up Tax Lien | 2500-000 | | 300.00 | 2,519,208.02 |
| 12/15/17 | 113 | NYCTL 1998-A Trust MTAG | Tax Lien | 2820-000 | | 588,862.90 | 1,930,345.12 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,771.35 | 1,928,573.77 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,392.72 | 1,926,181.05 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,981.72 | 1,924,199.33 |
| 03/14/18 | 114 | Department of Treasury | Income Taxes | 2810-000 | | 84,796.00 | 1,839,403.33 |
| 03/14/18 | 115 | New York State Corporation Tax | NYS Corporate Tax | 2820-000 | | 18,741.00 | 1,820,662.33 |
| 03/14/18 | 116 | New York City Department of Finance | NYS Tax | 2820-000 | | 23,479.00 | 1,797,183.33 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,728.85 | 1,794,454.48 |
| 04/26/18 | | NYCTL 1998-2 Trust | Refund for Real Estate Taxes | 1110-000 | 23.68 | | 1,794,478.16 |
| 04/30/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 68.83 | | 1,794,546.99 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,495.02 | 1,792,051.97 |
| 05/31/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 76.10 | | 1,792,128.07 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,835.60 | 1,789,292.47 |
| 06/29/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 73.52 | | 1,789,365.99 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,487.84 | 1,786,878.15 |
| 07/31/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 75.88 | | 1,786,954.03 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,741.51 | 1,784,212.52 |
| 08/31/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 75.77 | | 1,784,288.29 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,651.87 | 1,781,636.42 |
| 09/28/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 73.21 | | 1,781,709.63 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,366.73 | 1,780,342.90 |
| 10/31/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 75.61 | | 1,780,418.51 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,609.62 | 1,778,808.89 |
| 11/30/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 73.10 | | 1,778,881.99 |
| 12/31/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 75.54 | | 1,778,957.53 |
| 01/31/19 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 75.55 | | 1,779,033.08 |
| 02/13/19 | 117 | NYS Corporate Tax | NYS 2017 Return - Form CT 3 | 2820-000 | | 25.00 | 1,779,008.08 |
| 02/28/19 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 68.24 | | 1,779,076.32 |
| 03/29/19 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 75.55 | | 1,779,151.87 |
| 04/30/19 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 73.12 | | 1,779,224.99 |
| 05/31/19 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 75.56 | | 1,779,300.55 |
| 06/28/19 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 73.12 | | 1,779,373.67 |

Subtotals : $1,132.38  $975,293.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 1-15-42814-ESS  
**Case Name:** AUTO GOBBLER PARTS INC  

**Taxpayer ID #:** **-***0069  
**Period Ending:** 03/03/20  

**Trustee:** ROBERT J. MUSSO (520810)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0266 - Checking Account  
**Blanket Bond:** $44,643,604.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/19 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 75.57 | | 1,779,449.24 |
| 08/30/19 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 75.56 | | 1,779,524.80 |
| 09/30/19 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 73.14 | | 1,779,597.94 |
| 10/31/19 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 75.57 | | 1,779,673.51 |
| 11/07/19 | 118 | ROBERT J. MUSSO | Dividend paid 100.00% on $115,847.90, Trustee Compensation;  Reference: | 2100-000 | | 115,847.90 | 1,663,825.61 |
| 11/07/19 | 119 | ROBERT J. MUSSO | Dividend paid 100.00% on $1,150.20, Trustee Expenses;  Reference: | 2200-000 | | 1,150.20 | 1,662,675.41 |
| 11/07/19 | 120 | Rosenberg Musso & Weiner LLP | Dividend paid 100.00% on $67,187.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 67,187.50 | 1,595,487.91 |
| 11/07/19 | 121 | Rosenberg Musso & Weiner LLP | Dividend paid 100.00% on $283.74, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 283.74 | 1,595,204.17 |
| 11/07/19 | 122 | Clerk, | Dividend paid 100.00% on $350.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 350.00 | 1,594,854.17 |
| 11/07/19 | 123 | Jos펴 A. Broderick | Dividend paid 100.00% on $10,887.50, Accountant for Trustee Fees (Trustee Firm); Reference: | 3310-000 | | 10,887.50 | 1,583,966.67 |
| 11/07/19 | 124 | NYC Department of Finance | Dividend paid 100.00% on $153,596.65; Claim# 42; Filed: $153,596.65; Reference: | 5200-000 | | 153,596.65 | 1,430,370.02 |
| 11/07/19 | 125 | New York State Department of Taxation & Finance | Dividend paid 100.00% on $234,305.09; Claim# 1; Filed: $234,305.09; Reference: | 5800-000 | | 234,305.09 | 1,196,064.93 |
| 11/07/19 | 126 | Internal Revenue Service | Dividend paid 100.00% on $995,498.08; Claim# 2S; Filed: $995,498.08; Reference: | 5800-000 | | 995,498.08 | 200,566.85 |
| 11/07/19 | 127 | New York State Department of Labor | Dividend paid 100.00% on $14,528.71; Claim# 3; Filed: $14,528.71; Reference: | 5800-000 | | 14,528.71 | 186,038.14 |
| 11/07/19 | 128 | Internal Revenue Service | Dividend paid 100.00% on $65,678.89; Claim# 2U; Filed: $65,678.89; Reference: | 7100-000 | | 65,678.89 | 120,359.25 |
| 11/07/19 | 129 | CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. | Dividend paid 100.00% on $164.26; Claim# 4; Filed: $164.26; Reference: | 7100-000 | | 164.26 | 120,194.99 |
| 11/07/19 | 130 | Anthony J. Genovesi, Jr. | Dividend paid 100.00% on $75,000.00; Claim# 51; Filed: $75,000.00; Reference: | 7100-000 | | 75,000.00 | 45,194.99 |
| 11/07/19 | 131 | New York State Department of Taxation & Finance | Dividend paid 100.00% on $0.00; Claim# 1I; Filed: $0.00; Reference: | 7990-000 | | 2,803.96 | 42,391.03 |
| 11/07/19 | 132 | New York State Department of Labor | Dividend paid 100.00% on $0.00; Claim# 3I; Filed: $0.00; Reference: | 7990-000 | | 173.87 | 42,217.16 |
| 11/07/19 | 133 | CONSOLIDATED EDISON | Dividend paid 100.00% on $0.00; Claim# 4I; | 7990-000 | | 1.97 | 42,215.19 |

Subtotals :  $299.84  $1,737,458.32

Exhibit 9

Page: 5

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 1-15-42814-ESS
**Case Name:** AUTO GOBBLER PARTS INC

**Taxpayer ID #:** \*\*-\*\*\*0069
**Period Ending:** 03/03/20

**Trustee:** ROBERT J. MUSSO (520810)
**Bank Name:** Rabobank, N.A.
**Account:** \*\*\*\*\*\*0266 - Checking Account
**Blanket Bond:** $44,643,604.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | COMPANY OF NEW YORK, INC. | Filed: $0.00; Reference: | | | | |
| 11/07/19 | 134 | Internal Revenue Service | Dividend paid 100.00% on $0.00; Claim# 2SI;<br>Filed: $0.00; Reference: | 7990-000 | | 11,913.25 | 30,301.94 |
| 11/07/19 | 135 | Internal Revenue Service | Dividend paid 100.00% on $0.00; Claim# 2UI;<br>Filed: $0.00; Reference: | 7990-000 | | 785.99 | 29,515.95 |
| 11/07/19 | 136 | NYC Department of Finance | Dividend paid 100.00% on $0.00; Claim# 42I;<br>Filed: $0.00; Reference: | 7990-000 | | 1,838.11 | 27,677.84 |
| 11/07/19 | 137 | Anthony J. Genovesi, Jr. | Dividend paid 100.00% on $0.00; Claim# 51I;<br>Filed: $0.00; Reference: | 7990-000 | | 897.53 | 26,780.31 |
| 11/07/19 | 138 | Preston Court Shares, LLC | Dividend paid 100.00% on $26,631.60; Claim# 8200-002<br>SURPLUS; Filed: $26,631.60; Reference: | 8200-002 | | 26,822.16 | -41.85 |
| 11/29/19 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 41.85 | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 3,113,418.81 | 3,113,418.81 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 3,113,418.81 | 3,113,418.81 | |
| Less: Payments to Debtors | | 26,822.16 | |
| **NET Receipts / Disbursements** | **$3,113,418.81** | **$3,086,596.65** | |

Exhibit 9

Page: 6

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 1-15-42814-ESS | **Trustee:** | ROBERT J. MUSSO (520810) |
| **Case Name:** AUTO GOBBLER PARTS INC | **Bank Name:** | Rabobank, N.A. |
| | **Account:** | ******0267 - Checking Account |
| **Taxpayer ID #:** **-***0069 | **Blanket Bond:** | $44,643,604.00 (per case limit) |
| **Period Ending:** 03/03/20 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| | |
|---|---|
| Net Receipts : | 3,113,418.81 |
| Less Payments to Debtor : | 26,822.16 |
| Net Estate : | $3,086,596.65 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******0266** | 3,113,418.81 | 3,086,596.65 | 0.00 |
| **Checking # ******0267** | 0.00 | 0.00 | 0.00 |
| | **$3,113,418.81** | **$3,086,596.65** | **$0.00** |